UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACI MILLER and CHRIS MILLER, | CASE NO. 10-CV-959 |
| Plaintiffs, | |
| -against- | **NOTICE OF SETTLEMENT** |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

NOW COME the Plaintiffs, STACI MILLER and CHRIS MILLER, by and through the undersigned counsel and hereby inform the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next 30 days.

Plaintiffs therefore request that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:__/s/ Adam T. Hill_____
Adam T. Hill,
Attorney for Plaintiffs
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
phone: (312) 578-9428
fax: (866) 802-0021
e-mail: ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on April 28, 2011, I served Brittany Green, opposing counsel of record with a copy of this document by way of email at b.green@visionfinancialcorp.com.
.

      By:    By:__/s/ Adam T. Hill_____
                    Adam T. Hill