UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STACI MILLER and CHRIS MILLER,

                    Plaintiffs,

        v.

NORTHSTAR LOCATION SERVICES LLC

                    Defendant.

**ORDER
DESIGNATING MEDIATOR**

10-CV-959S(M)

---

      IT HEREBY IS ORDERED that Cheryl Smith Fisher, Esq. will serve as Mediator for this action.

      FURTHER that the deadline for the initial mediation session is extended to **June 15, 2011**.

      SO ORDERED.

Dated:    April 29, 2011
             Buffalo, New York

                                        s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                              Chief Judge
                                          United States District Court